IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

SHANE LANCOUR,

    Plaintiff,                                                ORDER

    v.                                                          20-cv-726-wmc

LACROSSE COUNTY SHERIFFS DEPT and
LACROSSE COUNTY JAIL and ITS EMPLOYEES,

    Defendants.
_____

    Plaintiff Shane T. Lancour has filed a motion to compel production of certain documents and video footage (dkt. #4) and a motion for assistance in recruiting a lawyer (dkt. #5). As this matter is under advisement for screening, both motions are premature and therefore DENIED without prejudice. Specifically, as for Lancour's motion to compel, discovery has not yet begun. Once the complaint has been screened, and, if Lancour is permitted to proceed on any of his claims, the defendants have answered, the parties will participate in a preliminary pretrial conference at which point the court will issue a pretrial conference order explaining how to request information and documents pursuant to the Federal Rules of Civil Procedure.

    As for Lancour's request for a lawyer, if he is permitted to proceed and he continues to believe that he is unable to meet the demands of this lawsuit, he may renew this motion. In renewing such a motion, Lancour should bear in mind that to succeed, he must make a showing that he has made reasonable efforts to recruit an attorney on his own and has been unsuccessful, Jackson v. Cty. of McLean, 953 F.2d 1070 (7th Cir. 1992), and that

1

the legal and factual demands of this lawsuit exceed his abilities to represent himself further, Pruitt v. Mote, 503 F.3d 647, 654-55 (7th Cir. 2007).

Entered this 24th day of March, 2021.

                              BY THE COURT:

                              /s/

                              _____
                              WILLIAM M. CONLEY
                              District Judge