IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANE T. LANCOUR,

                Plaintiff,

v.                                                       OPINION and ORDER

LA CROSSE CTY. SHERIFF'S DEP'T and LA CROSSE        20-cv-726-wmc[1]
CTY. JAIL AND ITS EMPLOYEES,

                Defendants.

---

      Pro se plaintiff Shane T. Lancour alleges that La Crosse County Jail employees have violated his federal rights in several ways. In an August 31, 2022 order, I dismissed Lancour's complaint for failure to state a claim upon which relief may be granted. I gave Lancour until September 21, 2022, to file an amended complaint. Lancour has not filed an amended complaint. Nor has he asked for an extension of time or otherwise tried to justify his failure to do so. Therefore, I will dismiss the complaint for failure to state a claim upon which relief may be granted and direct the clerk of court to direct a strike against Lancour under 28 U.S.C. § 1915(g). *See Paul v. Marberry*, 658 F.3d 702, 705 (7th Cir. 2011) ("[W]hen . . . the plaintiff is told to amend his . . . complaint and fails to do so, the proper ground of dismissal is not want of prosecution but failure to state a claim, one of the grounds in section 1915(g) for calling a strike against a prisoner plaintiff.").

---

[1] I am exercising jurisdiction over this case for screening purposes only.

ORDER

IT IS ORDERED that:

1. Plaintiff's complaint, Dkt. 1, is DISMISSED for failure to state a claim upon which relief may be granted.

2. The clerk of court is directed to record a strike against plaintiff under 28 U.S.C. § 1915(g).

3. The clerk of court is directed to CLOSE this case and send a copy of this order to plaintiff.

Entered October 7, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge