IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANE T. LANCOUR,

              Plaintiff,

v.                                                        ORDER

LA CROSSE CTY. SHERIFF'S DEP'T and LA CROSSE      20-cv-726-wmc[1]
CTY. JAIL AND ITS EMPLOYEES,

              Defendants.

---

I entered an order dismissing the case for failure to state a claim upon which relief may be granted because plaintiff Shane T. Lancour did not file an amended complaint as I ordered him to. Dkt. 15. Lancour now contends that he did not receive my order to amend because he has recently been incarcerated in various prisons. *See* Dkt. 17. I will give Lancour 30 days to file an amended complaint. If Lancour files an amended complaint that cures the deficiencies identified in my order to amend, I will reopen the case.

ORDER

IT IS ORDERED that:

1. Plaintiff's letter regarding complaint and updated address, Dkt. 17, is GRANTED.

2. Plaintiff may have until December 7, 2022, to submit an amended complaint that corrects, if possible, the deficiencies I identified in my August 31, 2022, order to amend.

3. Plaintiff must file his amended complaint on the court's prisoner complaint form, which the court will send him with this order. Plaintiff must fill out the form completely. If plaintiff requires any additional space to allege his claims, he may submit no more than five supplemental pages.

---

[1] I am exercising jurisdiction over this case for screening purposes only.

4. The amended complaint will act as a complete substitute for the complaint. This case will proceed on only the allegations made and claims presented in the amended complaint, and against only the defendants specifically named in the amended complaint.

5. If plaintiff does not file an amended complaint by December 7, 2022, or otherwise fails to comply with this order or my August 31 order to amend, I will dismiss the case for any appropriate reason.

6. It is plaintiff's obligation to inform the court of any new address. If he fails to do this and defendants or the court are unable to locate him, his claims may be dismissed for his failure to prosecute them.

7. The clerk of court is directed to send plaintiff a copy of this order, a copy of the court's August 31 order to amend (Dkt. 14), and the court's prisoner complaint form.

Entered November 7, 2022.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge