IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHANE T. LANCOUR,

            Plaintiff,

v.                                                                                                    ORDER

LA CROSSE CTY. SHERIFF'S DEP'T and LA CROSSE          20-cv-726-wmc[1]
CTY. JAIL AND ITS EMPLOYEES,

            Defendants.

---

      Pro se plaintiff Shane T. Lancour contended that he needed documents such as inmate requests and incident reports to comply with my order to amend his complaint but that Captain Jim Verse would not release them without a court order. Lancour has complied with my order to file proof that Verse would not release the documents. Dkt. 21-1. Lancour asks for more time to file an amended complaint because of this obstacle, which is understandable. I will grant his motion.

      If Lancour does not have the documents to identify an individual by full name, Lancour may identify these individuals as "John Doe" or "Jane Doe" in the caption of the amended complaint and refer to them as such in the body of the complaint.

      If the amended complaint survives screening, a preliminary pretrial conference will be held later in this case. At that time, Magistrate Judge Stephen Crocker would explain the process for Lancour to use discovery requests to identify the names of any Doe defendants.

---

[1] I am exercising jurisdiction over this case for screening purposes only.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion, Dkt. 21, is GRANTED.

2. Plaintiff may have until January 9, 2023, to submit an amended complaint that corrects, if possible, the deficiencies I identified in my August 31, 2022, order to amend. All other provisions of that order, and of my order of November 8, 2022, shall remain in full force.

3. The clerk of court is directed to send plaintiff a copy of this order.

Entered December 7, 2022.

BY THE COURT:

/s/

_____

JAMES D. PETERSON
District Judge