IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE T. LANCOUR,

    Plaintiff,                                    ORDER

v.
                                              20-cv-726-wmc
JIM VERSE, et al.

    Defendants.

Plaintiff Shane T. Lancour has filed a notice of appeal from an order entered on June 26, 2024.  Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Shane T. Lancour may have until August 20, 2024 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal.  Failure to meet this deadline may result in dismissal of the appeal.

Entered this 30th day of July, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.