IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE T. LANCOUR,

    Plaintiff,

v.

JIM VERSE, et al.,

    Defendants.

ORDER

Case No. 20-cv-726-wmc

On July 30, 2024, plaintiff Shane T. Lancour was ordered to submit a certified trust fund account statement for the six-month period immediately preceding the filing of the appeal as required by the *in forma pauperis statute*, 28 U.S.C. § 1915(a)(2). A decision regarding plaintiff's indigency cannot be made at this time because the trust fund account statement that plaintiff submitted does not cover the **entire six-month period** immediately preceding the filing of the appeal.

Plaintiff has submitted statements from September 1, 2023 through September 30, 2023, and July 1, 2024 through July 31, 2024. Instead, plaintiff must submit a certified trust fund account statement for the six-month period beginning approximately January 30, 2024, and ending approximately July 29, 2024.

ORDER

IT IS ORDERED that plaintiff Shane T. Lancour may have an enlargement of time until September 3, 2024 to submit a certified trust fund account statement for the period beginning approximately January 30, 2024 and ending approximately July 29, 2024. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 12th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge